THOMAS TUNNEY, Respondent, *v.* EMPIRE STATE LIQUOR COMPANY, Appellant.

*Tunney* v. *Empire State Liquor Co.*, 177 App. Div. 949, affirmed.

(Argued June 3, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 22, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. Plaintiff purchased five shares of the capital stock of the defendant company and gave his check therefor for $500. This action is brought to recover back the $500 under an alleged agreement, partly oral and partly in writing, by the terms of which it is claimed that the defendant corporation agreed to refund the cost of the stock should plaintiff think at any time that the enterprise and the character of defendant's goods did not come up to his expectations.

*Thomas F. Rogers* for appellant.

*James O. Sebring* and *Justin V. Purcell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.